IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00403-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RONALD MARTIN,

    Defendant.

---

### INFORMATION
### 29 U.S.C. § 501(c)
### [Embezzlement of Funds from Labor Organization]

---

The United States Attorney charges:

### INTRODUCTORY ALLEGATIONS

At all times pertinent to this Information:

1.    The Operating Engineers Local 9 ("Local 9") was a labor organization within the meaning of 29 U.S.C. § 402(i)-(j), and was located in Denver County, Colorado.

2.    The defendant, RONALD MARTIN, worked at Local 9 as the bookkeeper. As such, he received payments of union dues from members of Local 9, and was responsible for recording the payments in bookkeeping software and for preparing documentation for accurate bank deposits of these union due payments.

### COUNTS 1 & 2
### (29 U.S.C. § 501(c))
### [Embezzlement of Labor Organization's Funds]

3.    The allegations in ¶¶ 1 and 2 are re-alleged and incorporated by reference

into Counts 1 and 2 as though fully set forth herein.

4.     On or about the dates set forth below, in the State and District of Colorado, the defendant, RONALD MARTIN, knowingly embezzled, stole, purloined, or converted to his own use, property of Local 9, a federally recognized labor organization; namely, MARTIN received and thereafter, unlawfully embezzled and converted to his own use, monies from members of Local 9 that were intended by the members as payment of such members' union dues, as set forth below:

| Count | Date    | Union Member | Amount    |
|-------|---------|--------------|-----------|
| 1     | 7/20/09 | A.S.         | $200.00   |
| 2     | 4/1/11  | M.P.         | $350.63   |

The foregoing counts were in violation of Title 29, United States Code, Section 501(c).

JOHN F. WALSH
United States Attorney

By:   s/ Patricia Davies
PATRICIA DAVIES
Assistant United States Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
Email: Patricia.Davies@usdoj.gov
Attorney for the United States