**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond Moore**

Criminal Action No.  13-cr-00403-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Ronald Martin,

    Defendant.

---

**ORDER EXONERATING BOND**

---

This criminal action has proceeded to sentencing and a final judgment and conviction. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.

DATED at Denver, Colorado, this 25th day of March, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge